### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CAO NGUYEN, INC., <br> an Oklahoma corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAIGON-TAIPEI INC., <br> a Texas corporation; <br> KIM SENG COMPANY, <br> a California corporation; <br> SAIGON TAIPEI MARKET #4, LLC, <br> an Oklahoma limited liability company, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. CIV-08-1244-M <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### **ORDER**

Before the Court is the parties' Joint Motion for Second Extension of Pretrial Deadlines, filed December 21, 2009. Upon review of the joint motion, and for good cause shown, the Court GRANTS the parties' Joint Motion for Second Extension of Pretrial Deadlines [docket no. 45] and EXTENDS the deadlines in this case as follows:

1. Plaintiff to submit to defendants final list of expert witness(es) in chief and expert reports by April 1, 2010;

2. Defendants to submit to plaintiff final list of expert witness(es) in chief and expert reports by April 11, 2010;

3. Plaintiff to submit to defendants final list of witnesses in chief, including expert witnesses, together with expected testimony where witness has not already been deposed by April 1, 2010;

4. Defendants to submit final list of witnesses (as described above) by April 11, 2010;

5. Plaintiff to submit to defendants final exhibit list and any exhibits not previously submitted by April 1, 2010;
    Defendants to file objections to said list within fourteen (14) days thereafter;

6. Defendants to submit final exhibit list and any exhibits not previously submitted by

      April 11, 2010;
Plaintiff to file objections to said list within fourteen (14) days thereafter;

7. Discovery to be completed by May 1, 2010;

8. *Daubert* motions to be filed by May 1, 2010;

9. Dispositive motions to be filed by April 1, 2010;

10. Trial Docket: June 2010;

11. Motions in limine to be filed by May 27, 2010;
Responses due by June 3, 2010;

12. Designations of deposition testimony to be used at trial to be filed by May 27, 2010;
Objections and counter designations to be filed by June 3, 2010;

13. Required voir dire to be filed by May 27, 2010;

14. Trial briefs (optional unless otherwise ordered) to be filed by May 27, 2010;

15. Requested jury instructions to be filed on or before May 27, 2010;

16. Any objections to the above trial submissions to be filed by June 3, 2010;

17. Proposed final pretrial report, approved by all counsel, and in full compliance with Local Rules (see Appendix IV), to be submitted to the Court by May 27, 2010.

**IT IS SO ORDERED this 22nd day of December, 2009.**

*/s/ Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE