IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)CAO NGUYEN, INC.<br>an Oklahoma corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>(1)SAIGON-TAIPEI INC.,<br>a Texas corporation and<br><br>(2)KIM SENG COMPANY,<br>a California Corporation,<br><br>(3)SAIGON TAIPEI MARKET #4,<br>LLC, an Oklahoma limited liability<br>company<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CIV-08-01244-M<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF CAO NGUYEN INC.'S OBJECTIONS TO KIM SENG COMPANY AND SAIGON TAIPEI MARKET #4'S EXHIBIT LIST

Plaintiff, Cao Nguyen, Inc. ("Cao Nguyen"), submits the following objections to the exhibits identified by Kim Seng Company and Saigon Taipei Market #4, LLC. Plaintiff reserves the right to add objections to this list as discovery in this matter is ongoing.

| No. | Exhibit Description | Bates No./Identifier | Objection |
|---|---|---|---|
| 1. | Declaration of Mrs. Rachanee Adhiphandhaumphai, Manager of Vudhichai Produce Co., Ltd. | | Hearsay (FRE 802); Authentication (FRE 901) |
| 2. | Declaration of Mr. Thaveesook Panya, Export Staff of Vudhichai Produce Co., Ltd. | | Hearsay (FRE 802); Authentication (FRE 901) |
| 3. | Picture of Rose Brand Bag in 2002 | CAO-NGUYEN 00463 – 00464 | Improper identification; Authentication (FRE 901). |
| 4. | Picture of Double Parrot Brand 5 lb. bag | DEF. 001871 | Authentication (FRE 901) |
| 5. | Picture of Double Parrot Brand 4 lb. bag | DEF. 00872 | Authentication (FRE 901) |
| 6. | Kim Seng invoices showing Rose Brand sales to Chinatown Supermarket in 2001 | DEF. 1465 – 1467, 1623, 1635, 1648, 1666, 1689, 1721, 1744 | Objection as to Relevance (FRE 401 & 403) as to Defendant's listed affirmative defenses; Authentication (FRE 901) |
| 7. | Kim Seng invoices showing Rose Brand sales to Chinatown Supermarket in 2002 | DEF. 001881, 00192, 001947, 001972, 002010, 002020, 002039, 002096, 002127 | Objection as to Relevance (FRE 401 & 403) as to Defendant's listed affirmative defenses; Authentication (FRE 901) |
| 9. | Kim Seng invoices showing Rose Brand sales in Oklahoma City before December 15, 1999 | DEF 000335, 000357, 000928, 000970, 000997, 001095 | Relevance (FRE 4401 & 403); Authentication (FRE 901) |

| No. | Exhibit Description | Bates No./ Identifier | Objection |
|---|---|---|---|
| 10. | Kim Seng invoices showing Rose Brand sales to Tai Nam Market in Chicago before December 15, 1999 | DEF 000890, 000894 – 000895, 000897, 000899 | Relevance (FRE 4401 & 403); Authentication (FRE 901) |
| 11. | Kim Seng invoice showing Rose Brand sale to General Marketing in 1997 | DEF 000343 | Relevance (FRE 4401 & 403); Authentication (FRE 901) |
| 12. | Picture of Rose Brand packaging from Universal Rice Co, Ltd. | DEF. 000403; STM 00060-00061 | Relevance (FRE 4401 & 403); Hearsay (FRE 802); Authentication (FRE 901) |
| 13. | Cao Nguyen invoices that do not include Nang Huong Cho Dao from 2003 | CAO-NGUYEN_00554, – 00567, 00571, 00572, 00574, 00575, 00577, 00578 | Relevance (FRE 401 & 403) |
| 14. | Cao Nguyen Invoices that do not include Nang Huong Cho Dao from 2004 | CAO-NGUYEN_00551, 00552, 00553, 00555, 00558, 00582, 00640 | Relevance (FRE 401 & 403) |
| 15. | Cao Nguyen Invoices that do not include Nang Huong Cho Dao from 2005 | CAO-NGUYEN_00517, 00518, 00638 | Relevance (FRE 401 & 403) |
| 16. | Cao Nguyen Invoices that do not include Nang Huong Cho Dao from 2006 | CAO-NGUYEN_00606, 00609, 00615, 00619 | Relevance (FRE 401 & 403) |
| 17. | Cao Nguyen Invoices that do not include Nang Huong Cho Dao from 2007 | CAO-NGUYEN_00593, 00596 – 00599 | Relevance (FRE 401 & 403) |
| 18. | Cao Nguyen Invoices | CAO- | Relevance (FRE 401 & 403) |

5587407_1

| No. | Exhibit Description | Bates No./ Identifier | Objection |
|---|---|---|---|
| | that do not include Nang Huong Cho Dao from 2008 | NGUYEN_00795 | |
| 19. | Cao Nguyen invoices that include Nang Huong Cho Dao from 2008 | CAO-NGUYEN_00530, 00531, 00533, 00541, 00794 | |
| 20. | Cao Nguyen Bill of Ladings that include Nang Huong Cho Dao from 2008 | CAO-NGUYEN_00785 | |
| 21. | Cao Nguyen invoices that include Nang Huong Cho Dao from 2009 | CAO-NGUYEN_00663, 00673, 00710, 00711, 00752, 00739, 00740 | |
| 22. | Cao Nguyen Bill of Ladings that include Nang Huong Cho Dao from 2009 | CAO-NGUYEN_00664, 00666, 00712, 00741 | |
| 23. | Letter from Charles L. McLawhorn, III to Marc A. Hubbard dated August 12, 2008 | CAO-NGUYEN_00341 – 00342 | Relevance (FRE 401 & 403) |
| 24. | Dr. Steve Linscombe Expert Report | LINS 00001 – 00051 | Objection to Dr. Linscombe's Expert Report set forth in upcoming *Daubert* motion; Relevance (FRE 401 & 403); |
| 25. | D.R. Harris Expert Report | Harris 00001 - 00071 | Relevance (FRE 401 & 403). |
| 26. | Shipping documents reflecting Kim Seng's costs from 2002 | DEF. 002298 – 002315 | Relevance (FRE 401 & 403); Authentication (FRE 901) |
| 27. | Shipping documents reflecting Kim Seng's costs from 2003 | DEF. 002316 – 002335 | Relevance (FRE 401 & 403); Authentication (FRE 901) |

4

| No. | Exhibit Description | Bates No./ Identifier | Objection |
| --- | --- | --- | --- |
| 28. | Shipping documents reflecting Kim Seng's costs from 2004 | DEF. 002336 – 002356 | Relevance (FRE 401 & 403); Authentication (FRE 901) |
| 29. | Shipping documents reflecting Kim Seng's costs from 2005 | DEF. 002357 – 002390 | Relevance (FRE 401 & 403); Authentication (FRE 901) |
| 30. | Shipping documents reflecting Kim Seng's costs from 2006 | DEF. 002391 – 002439 | Relevance (FRE 401 & 403); Authentication (FRE 901) |
| 31. | Shipping documents reflecting Kim Seng's costs from 2007 | DEF. 002440 – 002480 | Relevance (FRE 401 & 403); Authentication (FRE 901) |
| 32. | Shipping documents reflecting Kim Seng's costs from 2008 | DEF. 002481 – 002504 | Relevance (FRE 401 & 403); Authentication (FRE 901) |
| 33. | Shipping documents reflecting Kim Seng's costs from 2009 | DEF. 002505 – 002537 | Relevance (FRE 401 & 403); Authentication (FRE 901) |
| 34. | Articles discussing experiments on Nang Huong Cho Dao | DEF. 000173 – 000178 | Relevance (FRE 401 & 403); Hearsay (FRE 802); Authentication (FRE 901) |
| 35. | Articles discussing experiments on Nang Huong Cho Dao | DEF 000186 – 000198 | Relevance (FRE 401 & 403); Hearsay (FRE 802); Authentication (FRE 901) |
| 36. | Articles discussing experiments on Nang Huong Cho Dao | DEF 000288 – 000296 | Relevance (FRE 401 & 403); Hearsay (FRE 802); Authentication (FRE 901) |
| 37. | Articles that use Nang Huong Cho Dao in a generic sense | DEF. 000262; STM 00064-00067 | Relevance (FRE 401 & 403); Hearsay (FRE 802); Authentication (FRE 901) |
| 38. | Articles that use Nang Huong Cho Dao in a generic sense | DEF 000263 – 000265 | Relevance (FRE 401 & 403); Hearsay (FRE 802); Authentication (FRE 901) |
| 39. | Pictures of United Thai's Eagle Brand with Nang Huong | CAO-NGUYEN_00465 – 00466 | |

5

5587407_1

| No. | Exhibit Description | Bates No./ Identifier | Objection |
|---|---|---|---|
|  | Cho Dao on the bag |  |  |
| 40. | Picture of Twin Dragon Brand with Nang Huong Cho Dao on the bag | CAO-NGUYEN_00467 – 00468 |  |
| 41. | Kim Seng Rose Brand sales to Arizona before December 15, 1999 | DEF. 000333, 001135, 001114, 001061, 000395, 000367 | Relevance (FRE 401 & 403); duplicative |
| 42. | Kim Seng Rose Brand sales to California before December 15, 1999 | DEF. 001107, 001105, 000998, 000987, 000983, 000941, 000924, 000913, 000356, 00397, 000392, 000387, 000340, 000343, 000949, 000942, 000936, 000922, 000905, 000931, 001136, 001133, 001128, 001115, 001112, 001085, 001041, 001035, 001012, 001011, 001008, 000990, 000978, 000991, 000996, 000934, 000916, 000920, 000908, 000912, 000889, 000888, 000396, 000384, 000383, 000385, 000386, 000388, 000391, 000390, 000389, 000378, 000377, 000379, 000380, 000376, | Relevance (FRE 401 & 403); cumulative |

6

| No. | Exhibit Description | Bates No./ Identifier | Objection |
|---|---|---|---|
|  |  | 000381, 000382, 000368 – 000371, 000373, 000374, 000375, 000372, 000365, 000363, 000364, 000362, 000366, 000360, 000359, 000355, 000361, 000352, 000353, 000354, 000351, 000350, 000341, 000329, 000325, 000339, 000327, 000338, 000933, 000917, 000930, 000898, 001014, 000992, 000980, 000398, 000393, 000347, 000345, 000346, 000326, 000332, 000334, 000337, 000999, 001002, 000929, 000394, 000344, 000909, 000904, 000330, 000328, 000331, 001117, 001020, 001019, 001010, 000974, 000972, 000940, 000945, 000932, 000937, 000925, 000911, 000336 |  |
| 43. | Kim Seng Rose Brand sales to Colorado before December 15, | DEF 000896, 001120, 001113, 001106, 001114, | Relevance (FRE 401 & 403); duplicative |

7

| No. | Exhibit Description | Bates No./ Identifier | Objection |
|---|---|---|---|
|  | 1999 | 001059, 001050, 001030, 001029, 001023, 000995, 000979, 000957, 000348, 000342, 000993 |  |
| 44. | Kim Seng Rose Brand sales to Florida before December 15, 1999 | DEF 001092, 001052, 001031, 001137, 001083, 001097, 001003, 000952, 000966, 000956, 000955, 000944, 001051, 000923, 000926, 000914, 000902, 001007 | Relevance (FRE 401 & 403); duplicative |
| 45. | Kim Seng Rose Brand sales to Georgia before December 15, 1999 | DEF 001067, 001045, 001054, 001006, 000986, 000985, 000938, 000927, 001126, 000951, 000947, 000906, 000901, 000893, 001132, 001073, 001065, 001039, 001005, 000973, 001134, 001129, 001098, 001122, 001103, 001090, 001082, 001066, 001062, 001058, 001056, 001053, 001036, 001034, 001021, 001018, 001015, 000989, 001000, 001004, 000965, 000960, 000977, 001130, 001055, 001001, 002538, | Relevance (FRE 401 & 403); duplicative |

8

| No. | Exhibit Description | Bates No./ Identifier | Objection |
|---|---|---|---|
|  |  | 000349 |  |
| 46. | Kim Seng Rose Brand sales to Iowa before December 15, 1999 | DEF 001027, 001119, 001080, 001048, 001038 | Relevance (FRE 401 & 403); duplicative |
| 47. | Kim Seng Rose Brand sales to Illinois before December 15, 1999 | DEF 001125, 001121, 001100, 001089, 001081, 001077, 001072, 001070, 001063, 001060, 001044, 001047, 001049, 001040, 001037, 001032, 001028, 000953, 000939, 000946, 000919, 000895, 000897, 000899, 000894, 000890, 001101 | Relevance (FRE 401 & 403); duplicative |
| 48. | Kim Seng Rose Brand sales to Kansas before December 15, 1999 | DEF 000981, 001096, 001123, 001111, 001074, 001042, 001016, 001013, 000962, 001057, 000903, 000358 | Relevance (FRE 401 & 403); duplicative |
| 49. | Kim Seng Rose Brand sales to Louisiana before December 15, 1999 | DEF 001088, 000969 | Relevance (FRE 401 & 403); duplicative |
| 50. | Kim Seng Rose Brand sales to Michigan before December 15, 1999 | DEF 001118, 001071, 001124, 001079, 001075, 001025, 001017, 000994, 000976, 000971, 000961, 000935, 000910 | Relevance (FRE 401 & 403); duplicative |
| 51. | Kim Seng Rose Brand sales to Minnesota before December 15, 1999 | DEF 000988, 000959 | Relevance (FRE 401 & 403); duplicative |

5587407_1

| No. | Exhibit Description | Bates No./ Identifier | Objection |
|---|---|---|---|
| 52. | Kim Seng Rose Brand sales to Missouri before December 15, 1999 | DEF 001109, 001094, 001022, 000950 | Relevance (FRE 401 & 403); duplicative |
| 53. | Kim Seng Rose Brand sales to Nebraska before December 15, 1999 | DEF 001093, 001084, 001076, 001069, 001046, 000982, 00967 | Relevance (FRE 401 & 403); duplicative |
| 54. | Kim Seng Rose Brand sales to New Mexico before December 15, 1999 | DEF 001131, 001116, 001110, 001087, 001086, 001078, 001068, 001064, 001043 | Relevance (FRE 401 & 403); duplicative |
| 55. | Kim Seng Rose Brand sales to North Carolina before December 15, 1999 | DEF 001102 | Relevance (FRE 401 & 403); duplicative |
| 56. | Kim Seng Rose Brand sales to Oklahoma before December 15, 1999 | DEF 001095, 000997, 000928, 000970, 000357, 000335 | Relevance (FRE 401 & 403); duplicative |
| 57. | Kim Seng Rose Brand sales to Pennsylvania before December 15, 1999 | DEF 001026, 001009, 001127, 001091, 001024, 000984, 000975, 000963, 000954, 000948, 000918, 000921, 000907, 000915, 000900, 000892 | Relevance (FRE 401 & 403); duplicative |
| 58. | Kim Seng Rose Brand sales to Texas before December 15, 1999 | DEF 001099 | Relevance (FRE 401 & 403); duplicative |
| 59. | Kim Seng Rose Brand sales to Utah before December 15, 1999 | DEF 001108, 001033, 000958, 000943, 000891 | Relevance (FRE 401 & 403); duplicative |
| 60. | Kim Seng Rose Brand sales to Washington before December 15, | DEF 000968 | Relevance (FRE 401 & 403); duplicative |

5587407_1

| No. | Exhibit Description | Bates No./ Identifier | Objection |
|---|---|---|---|
| | 1999 | | |
| 61. | Cao Nguyen's federal registration | | |
| 62. | All documents that Cao Nguyen submitted to the USPTO when it applied for Registration | | Improper identification; Relevance (FRE 401 & 403) |
| 63. | Kim Seng import information from importgenius.com relied on by Cao Nguyen's damages expert to estimate revenue | CAO-NGUYEN_02526 –02529 | |
| 64. | Picture of Cao Nguyen's Victorious Elephant Brand with Nang Huong Cho Dao on the package | CAO-NGUYEN_00660 | |
| 65. | Picture of Cao Nguyen's Reindeer Brand with Nang Huong Cho Dao on the package | CAO-NGUYEN_00659 | |
| 66. | Picture of Cao Nguyen's Deer Brand with Nang Huong Cho Dao on the package | CAO-NGUYEN_00661 | |
| 67. | License Agreement between Cao Nguyen and Evershing Trading Co. | CAO-NGUYEN_00469 – 00470 | |
| 68. | Docs reflecting Kim Seng's Importation of Rose brand Rice from | DEF. 000404 – 000410 | Relevance (FRE 401 & 403); Authentication (FRE 901). |

5587407_1

| No. | Exhibit Description | Bates No./ Identifier | Objection |
|---|---|---|---|
|  | Universal Rice Company before 12-15 1999 |  |  |
| 69. | Combined Declaration of Use and Contestability Under Sections 8 & 15 | CAO-NGUYEN_00010 – 00012 |  |
| 70. | Letter from Anthony L. Rahhal to Hiep V. Nguyen dated April 13, 2007 | CAO-NGUYEN_00071 – 00072 |  |
| 71. | Letter from Anthony L. Rahhal to Hiep V. Nguyen dated April 13, 2007 | CAO-NGUYEN_00075 – 00076 |  |
| 72. | Letter from Anthony L. Rahhal to Minh Banh dated April 13, 2007 | CAO-NGUYEN_00065 – 00066 |  |
| 73. | Letter from Anthony L. Rahhal to Phu Banh dated April 13, 2007 | CAO-NGUYEN_00068 – 00069 |  |
| 74. | Letter from Anthony L. Rahhal to Jonathan Houang dated April 13, 2007 | CAO-NGUYEN_00078 – 00079 |  |
| 75. | Letter from Anthony L. Rahhal to Minh Banh dated April 13, 2007 | CAO-NGUYEN_00063 – 00064 |  |
| 76. | Letter from Charles McLawhorn, III to Kim Seng Company dated August 12, 2008 | CAO-NGUYEN_00338 – 00339 |  |
| 77. | Letter from Gary Tsai to Charles L. | CAO-NGUYEN_00316 |  |

5587407_1

| No. | Exhibit Description | Bates No./ Identifier | Objection |
|---|---|---|---|
|  | McLawhorn, III dated September 24, 2008 | – 00317 |  |
| 78. | Letter from Gary Tsai to Charles L. McLawhorn, III dated August 14, 2008 | CAO-NGUYEN_00330 – 00331 |  |
| 79. | Letter from Marc A. Hubbard to Anthony Rahhal dated April 30, 2007 | CAO-NGUYEN_00051 – 00052 |  |
| 80. | Declaration of Tri Van Luong | CAO-NGUYEN_00023 | Improper exhibit. Mr. Luong will testify at trial. |
| 81. | Kim Seng's Commercial lease of Montebello, California location beginning July 2000 | DEF 000236 – 000237 | Relevance (FRE 401 & 403); Authentication (FRE 901) |
| 82. | Kim Seng's Commercial lease of facility at 4408 Worth Street, Los Angeles, California, occupied from 1993 to 2000 |  | Relevance (FRE 401 & 403); Authentication (FRE 901) |
| 83. | Cao Nguyen Accountant's Reports from September 30, 2003 through September 30, 2009 | CAO-NGUYEN 00855-00883 |  |
| 84. | Cao Nguyen Summary Sales information from 2002 to 2009 | CAO-NGUYEN_00849-00854 |  |
| 85. | Expected declaration from Universal Rice Co., Ltd. attesting to Kim Seng's use of "Nang Huong Cho Dao" on Rose Brand |  | Improper identification and improper exhibit; Hearsay (FRE 802); Authentication (FRE 901) |

5587407_1

| No. | Exhibit Description | Bates No./ Identifier | Objection |
|---|---|---|---|
|  | packaging before December 15, 1999 |  |  |
| 86. | Expected demonstrative exhibit showing location of Kim Seng's Rose Brand rice in Chinatown Supermarket's store |  | Improper identification; Hearsay (FRE 802); Authentication (FRE 901) |
| 87. | Kim Seng invoices showing continuous sales of Rose Brand rice from 2000 through the second quarter of 2003 | DEF 001138 – 002293 | Relevance (FRE 401 & 403); Authentication (FRE 901) |
| 88. | Kim Seng inventory reports of Rose Brand rice and Double Parrot rice from third quarter 2003 through 2009 | DEF 000001 – 00000167; DEF 001383 – 001447 | Relevance (FRE 401 & 403); Authentication (FRE 901) |
| 89. | All exhibits listed by Plaintiff and not otherwise objected to by Defendants |  |  |
| 90. | All documents produced during discovery and all documents requested in discovery but not produced |  | Object to the extent such documents have not yet been produced and have not been sufficiently identified. Relevance (FRE 401 & 403); Hearsay (FRE 802); Authentication (FRE 901) |
| 91. | All documents used as exhibits during depositions |  | Object to the extent such documents have not yet been produced and have not been sufficiently identified. Relevance (FRE 401 & |

14

| No. | Exhibit Description | Bates No./ Identifier | Objection |
|-----|---------------------|----------------------|-----------|
|     |                     |                      | 403); Hearsay (FRE 802); Authentication (FRE 901) |
| 92. | All documents relied on by Dr. Linscombe | | Object to the extent such documents have not yet been produced and have not been sufficiently identified. Relevance (FRE 401 & 403); Authentication (FRE 901) |
| 93. | All documents relied on by D. R. Harris | | Object to the extent such documents have not yet been produced and have not been sufficiently identified. Relevance (FRE 401 & 403); Authentication (FRE 901) |
| 94. | All demonstrative exhibits and summaries compiled from the exhibits listed above | | Object to the extent such documents have not yet been produced and have not been sufficiently identified. Relevance (FRE 401 & 403); Hearsay (FRE 802); Authentication (FRE 901) |

*s/ Clifford C. Dougherty, III*
Clifford C. Dougherty, III, OBA #11290
Robert W. Dace, OBA #10263
Andrew B. Peterson, OBA #21321
Lauren E. Barghols, OBA #21594
McAFEE & TAFT
Tenth Floor, Two Leadership Square
211 North Robinson Ave.

5587407_1

                                      Oklahoma City, Oklahoma 73102
                                      Telephone: 405-235-9621
                                      Facsimile: 405-235-0439
                                      cliff.dougherty@mcafeetaft.com
                                      bob.dace@mcafeetaft.com
                                      andy.peterson@mcafeetaft.com
                                      lauren.barghols@mcafeetaft.com

                                      **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 26th day of April, I electronically transmitted the foregoing document to the Court Clerk using the ECF System for filing. The Court Clerk will transmit a Notice of Electronic Filing to the following ECF Registrants:

          Mack J. Morgan
          Phillip L. Free, Jr.
          Evan G.E. Vincent
          Crowe & Dunlevy
          A Professional Corporation
          20 North Broadway, Suite 1800
          Oklahoma City, OK 73102-8273
          Email: mack.morgan@crowedunlevy.com
          Email: phil.free@crowedunlevy.com
          Email: evan.vincent@crowedunlevy.com

                                      *s/Clifford C. Dougherty, III*

5587407_1