## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **(1)CAO NGUYEN, INC.**<br>**an Oklahoma corporation,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **vs.** | ) ) | **Case No. CIV-08-01244-M** |
| **(1)SAIGON-TAIPEI INC.,**<br>**a Texas corporation and** | ) ) ) | |
| **(2)KIM SENG COMPANY,**<br>**a California Corporation,** | ) ) ) | |
| **(3)SAIGON TAIPEI MARKET #4,**<br>**LLC, an Oklahoma limited liability**<br>**company** | ) ) ) ) | |
| **Defendants.** | ) | |

## PLAINTIFF CAO NGUYEN INC.'S AMENDED EXHIBIT LIST

COMES NOW Plaintiff, Cao Nguyen, Inc. ("Cao Nguyen"), and, pursuant to Rules 26(a)(3)(A) and 26(e) of the Federal Rules of Civil Procedure, submits its amended exhibit list, reserving the right without prejudice to amend, supplement, or modify its exhibit list as the Court will permit due to the fact that discovery is ongoing and has not yet been completed pursuant to an agreement of the parties.

## EXHIBIT LIST

|  | **Expect to Use** |
|---|---|
| 1. | Kim Seng's infringing rice bag |
| 2. | Defendants' infringing advertisements |
| 3. | August 12, 2008 Demand Letter to Kim Seng (Bates Nos. CAO-NGUYEN 00334-00335). |
| 4. | American Language Services certified English translation of "Nang Huong Cho Dao" (Bates Nos. CAO-NGUYEN 02522-02525). |
| 5. | Maps (Bates Nos. CAO-NGUYEN 00001-00002). |
| 6. | U.S. Trademark Registration No. 2,531,726 (Bates Nos. CAO-NGUYEN 00003). |
| 7. | U.S. Trademark Registration File No. 2,531,726 for the mark NANG HUONG CHO DAO (stylized) (Bates Nos. CAO-NGUYEN 00004-00048). |
| 8. | Correspondence from Marc Hubbard to Anthony L. Rahhal dated May 3, 2007 re:  NANG HUONG CHO DAO (Bates Nos. CAO-NGUYEN 00049-00050). |
| 9. | Correspondence from Marc Hubbard to Anthony L. Rahhal dated April 30, 2007 re:  US Prosper Corporation and Cao Nguyen, Inc. "Nang Huong Cho Dao" (Bates Nos. CAO-NGUYEN 00051-00052). |
| 10. | Correspondence from Sherry L. Travers to Anthony L. Rahhal dated April 23, 2007 re:  US Prosper Corporation d/b/a Saigon Tapei Markets "Nang Huong Cho Dao" (Bates Nos. CAO-NGUYEN 00053). |
| 11. | Correspondence from Sherry L. Travers to Anthony L. Rahhal dated April 23, 2007 re:  US Prosper Corporation d/b/a Saigon Tapei Markets "Nang Huong Cho Dao" (Bates Nos. CAO-NGUYEN 00054-00056). |
| 12. | Certified Mail Receipt to Johnathan Houang dated 4/21/07 from Tony Rahhal (Bates Nos. CAO-NGUYEN 00057). |
| 13. | Certified Mail Receipt to Minh Banh dated 4/17/07 from Tony Rahhal (Bates Nos. CAO-NGUYEN 00058). |
| 14. | Certified Mail Receipt to Phu Banh dated 4/17/07 from Tony Rahhal (Bates Nos. CAO-NGUYEN 00059). |
| 15. | Certified Mail Receipt to Minh Banh from Tony Rahhal (Bates Nos. CAO-NGUYEN 00060). |
| 16. | Certified Mail Receipt to Hiep V. Nguyen from Tony Rahhal dated 4/16/07 (Bates Nos. CAO-NGUYEN 00061). |
| 17. | Correspondence from Tony Rahhal to Minh Banh dated 4/13/07 re:  Trademark Infringement of Registered NANG HUONG CHO DAO® Mark (Bates Nos. CAO-NGUYEN 00062-00067). |

5198113_2.DOC

| 18. | Correspondence from Tony Rahhal to Phu Banh dated 4/13/07 re:  Trademark Infringement of Registered NANG HUONG CHO DAO® Mark (Bates Nos. CAO-NGUYEN 00068-00070). |
|---|---|
| 19. | Correspondence from Tony Rahhal to Hiep V. Nguyen dated 4/13/07 re: Trademark Infringement of Registered NANG HUONG CHO DAO® Mark (Bates Nos. CAO-NGUYEN 00071-00077). |
| 20. | Correspondence from Tony Rahhal to Jonathan Houang dated 4/13/07 re: Trademark Infringement of Registered NANG HUONG CHO DAO® Mark (Bates Nos. CAO-NGUYEN 00078-00079). |
| 21. | Photograph of Thai Hom Mali Rice bag (Jasmine Rice) (Bates Nos. CAO-NGUYEN 00080). |
| 22. | Advertisements/Articles (Bates Nos. CAO-NGUYEN 00081-00305). |
| 23. | Fax cover sheet to Anh Tri from Gary Tsai dated 12/10/08 re:  invoices of products sold to customers in Oklahoma City (Bates Nos. CAO-NGUYEN 00306). |
| 24. | Kim Seng invoice to Truong Thanh Supermarket dated 11/30/99 listing "Rose" Jasmine Rice (Bates Nos. CAO-NGUYEN 00307). |
| 25. | Kim Seng invoice to New Century Foods, Inc. dated 1/14/97 listing "Rose" Jasmine Rice, and copy of check made payable to Kim Seng Co. from New Century Foods, Inc. in the amount of $956.00, Check No. 5550 (Bates Nos. CAO-NGUYEN 00308). |
| 26. | Kim Seng invoice to New Century Foods, Inc. dated 5/10/97 listing "Rose" Jasmine Rice (Bates Nos. CAO-NGUYEN 00309). |
| 27. | Kim Seng invoice to New Century Foods, Inc. dated 4/16/97 listing "Rose" Jasmine Rice, and copy of check made payable to Kim Seng Co. from New Century Foods, Inc. in the amount of $1,075.00, Check No. 5718 (Bates Nos. CAO-NGUYEN 00310). |
| 28. | Copy of check made payable to Kim Seng Co. from New Century Foods, Inc. in the amount of $2,477.50, Check No. 5894 (Bates Nos. CAO-NGUYEN 00311). |
| 29. | Kim Seng invoice to New Century Foods, Inc. dated 7/7/98 listing "Rose" Jasmine Rice, and copy of check made payable to Kim Seng Co. from New Century Foods, Inc. in the amount of $1,226.50, Check No. 6892 (Bates Nos. CAO-NGUYEN 312). |
| 30. | Kim Seng invoice to New Century Foods, Inc. dated 12/29/98 listing "Rose" Jasmine Rice, and copy of check made payable to Kim Seng Co. from New Century Foods, Inc. in the amount of $3,047.50, Check No. 7332 (Bates Nos. CAO-NGUYEN 00313). |
| 31. | Kim Seng invoice to New Century Foods, Inc. dated 3/16/98 listing "Rose" Jasmine Rice, and copy of check made payable to Kim Seng Co. from New Century Foods, Inc. in the amount of $2,171.50, Check No. 7508 (Bates Nos. CAO-NGUYEN 00314). |

| 32. | Faxed letter to Charles McLawhorn, III from Gary Tsai dated 9/24/08 re: follow-up to letter dated 9/24/08 re:  Trademark Infringement of Registered NANG HUONG CHO DAO® Mark. (with attachments) (Bates Nos. CAO-NGUYEN 00316-00323). |
|---|---|
| 33. | Letter to Gary Tsai from Charles L. McLawhorn, III, dated 9/24/08 re: Trademark Infringement of Registered NANG HUONG CHO DAO® Mark (Bates Nos. CAO-NGUYEN 00324-00328). |
| 34. | Faxed letter to Charles McLawhorn, III from Gary Tsai dated 8/14/08 re: follow-up to letter dated 8/12/08 re:  Trademark Infringement of Registered NANG HUONG CHO DAO® Mark (Bates Nos. CAO-NGUYEN 00329-00330). |
| 35. | Faxed cover sheet to Charles McLawhorn from Gary Tsai dated 8/18/08 re: NANG HUONG CHO DAO (Bates Nos. CAO-NGUYEN 00331). |
| 36. | Faxed letter from Gary Tsai to Owner/President Saigon Taipei dated 8/18/08 re:  trademark issue of words NANG HUONG CHO DAO (Bates Nos. CAO-NGUYEN 00332-00333). |
| 37. | Letter to Kim Seng Company from Charles L. McLawhorn, III, dated 8/12/08 re:  Trademark Infringement of Registered NANG HUONG CHO DAO® Mark (Bates Nos. CAO-NGUYEN 00334-00335). |
| 38. | Fax cover sheet from Vudhichai Produce Co. LTD. dated 9/11/03 re: Evergreen Houston/Oklahoma City (Bates Nos. CAO-NGUYEN 00336). |
| 39. | Letter to Cao Nguyen, Inc. from Oriental Jasmine Rice Co., LTD. re: shipment of invoice no. OF 009/03R (Bates Nos. CAO-NGUYEN 00337). |
| 40. | Letter to Kim Seng Company from Charles L. McLawhorn, III, dated 8/12/08 re:  Trademark Infringement of Registered NANG HUONG CHO DAO® Mark (Bates Nos. CAO-NGUYEN 00338-00339). |
| 41. | Trademark Principal Register for NANG HUONG CHO DAO, Reg No. 2,531,726 (Bates Nos. CAO-NGUYEN 00340). |
| 42. | Letter to Marc Hubbard w/Gardere from Charles L. McLawhorn, III dated 8/12/08 Re:  re:  Trademark Infringement of Registered NANG HUONG CHO DAO® Mark (Bates Nos. CAO-NGUYEN 00341-00342). |
| 43. | Letter to U.S. Customs Service from Charles L. McLawhorn, III dated 12/1/03 re:  United States Customs Service Recordation of Mark NANG HUONG CHO DAO (Stylized) (Bates Nos. CAO-NGUYEN 00343-00348). |
| 44. | Advertisements and articles (Bates Nos. CAO-NGUYEN 00349-00462). |
| 45. | Photograph of rice bag of "Rose Brand" Jasmine Rice (Bates Nos. CAO-NGUYEN 00463-00464). |
| 46. | License Agreement Between Cao Nguyen Supermarket and Evershing International Trading (Bates Nos. CAO-NGUYEN 00469-00470). |
| 47. | Invoices from Dan Quyen Newspaper, Oklahoma Vietnamese Public Radio, and The Oklahoma Viet Times re:  advertisements (Bates Nos. CAO-NGUYEN 00471-00509). |

5198113_2.DOC

| 48. | Copy of check from Cal Green Trading co. to Super Cao Nguyen dated 3/21/08 in the amount of $31,450.00 (Bates Nos. CAO-NGUYEN 0000510). |
|---|---|
| 49. | Invoices from Super Cao Nguyen to Cal Green Trading Co. (Bates Nos. CAO-NGUYEN 00511-00534). |
| 50. | Copy of check from Cal Green Trading co. to Super Cao Nguyen dated 3/21/08 in the amount of $31,450.00 (Bates Nos. CAO-NGUYEN 00535). |
| 51. | Invoices from Super Cao Nguyen to Cal Green Trading Co. (Bates Nos. CAO-NGUYEN 00537-00542). |
| 52. | Copy of checks from Ever Good Imports to Cao Nguyen dated 1/6/05 (in the amount of $87,190.00) and dated 1/3/05 in the amount of $57,800.00 (Bates Nos. CAO-NGUYEN 00543-544). |
| 53. | Copy of check from Ever Good Imports, LLC to Super Cao Nguyen dated 2/3/05 in the amount of $54,531.00 (Bates Nos. CAO-NGUYEN 00545). |
| 54. | Copy of check from Ever Good Imports, LLC to Super Cao Nguyen dated 1/13/05 in the amount of $56,430.00 (Bates Nos. CAO-NGUYEN 00546). |
| 55. | Copy of check from Ever Good Imports, LLC to Super Cao Nguyen dated 1/13/05 in the amount of $42,075.00 (Bates Nos. CAO-NGUYEN 00547). |
| 56. | Copy of check from Ever Good Imports, LLC to Super Cao Nguyen dated 1/13/05 in the amount of $42,075.00 (Bates Nos. CAO-NGUYEN 00548). |
| 57. | Copy of check from Ever Good Imports, LLC to Super Cao Nguyen dated 1/13/05 in the amount of $56.430.00 (Bates Nos. CAO-NGUYEN 00549). |
| 58. | Copy of check from Ever Good Imports, LLC to Super Cao Nguyen dated 12/23/04 in the amount of $86,700.00 (Bates Nos. CAO-NGUYEN 00550). |
| 59. | Invoices from Super Cao Nguyen to Ever Good Imports (Bates Nos. CAO-NGUYEN 00551-00658). |
| 60. | Photograph of Jasmine Rice bag with reindeer mark, Thai Hom Mali Rice (Bates Nos. CAO-NGUYEN 00659). |
| 61. | Photograph of Premium Jasmine Rice bag with Victorious Elephant mark, Thai Hom Mali Rice (Bates Nos. CAO-NGUYEN 00660). |
| 62. | Photograph of Jasmine Rice bag with reindeer mark, (Bates Nos. CAO-NGUYEN 00661). |
| 63. | Invoices from Oriental Jasmine Rice Co. LTD to Super Cao Nguyen dated 9/1/09 re:  Jasmine rice "Nang Huong Cho Dao" Brand (Bates Nos. CAO-NGUYEN 00662-00663). |
| 64. | Bill of Lading from Oriental Jasmine Rice Co., LTD, to Super Cao Nguyen dated 1/15/09 (Bates Nos. CAO-NGUYEN 00664-00667). |
| 65. | Certificates of Quantity and Weight, C.P.S. Inspection and Fumigation Co., LTD re:  Thai Jasmine Rice with "Nang Huong Cho Dao" mark dated 1/15/09 (Bates Nos. CAO-NGUYEN 00661-00669). |
| 66. | Invoice from Angela M. Soo Hoo to Tri Van Luong c/o Oriental Foods Corp/Cao Nguyen and Permit dated 2/9/09 re: Thai Jasmine Rice (Bates Nos. CAO-NGUYEN 00670-672). |

| | |
|---|---|
| 67. | Invoice from Oriental Jasmine Rice Co. Ltd. to Super Cao Nguyen re: Thia Jasmine Rice "Nang Huong Cho Dao" Brand dated 9/1/09 (Bates Nos. CAO-NGUYEN 00673). |
| 68. | Shipping Order from Intermodal Cartage to Oriental Food Corp. dated 2/9/09 (Bates Nos. CAO-NGUYEN 00674). |
| 69. | Payment instructions from Export Import Bank of Thailand drawer: Oriental Jasmine Rice Company Limited, Drawee: Super Cao Nguyen dated 1/21/09 (Bates Nos. CAO-NGUYEN 00675-00676). |
| 70. | Email from customersupport@midfirst.com to tri@caonguyen.com dated 3/16/10 re: wire transfer (Bates Nos. CAO-NGUYEN 00677). |
| 71. | Request Approval Confirmation Oriental Jasmine Rice Co. LTD in the amount of $29.700.72 dated 2/13/09 (Bates Nos. CAO-NGUYEN 00678). |
| 72. | Wire Transfer Approve-Detail Oriental Jasmine Rice Co. LTD in the amount of $15,923.88 dated 4/3/09 (Bates Nos. CAO-NGUYEN 00679-00680). |
| 73. | Invoice from Oriental Jasmine Rice to Super Cao Nguyen re: Thai Jasmine Rice "Reindeer" dated 11/2/05 (Bates Nos. CAO-NGUYEN 00681). |
| 74. | Bill of Lading ACU Transport Limited from shipper Oriental Jasmine Rice to Super Cao Nguyen re: Thai Jasmine Rice "Reindeer" dated 1/17/05 (Bates Nos. CAO-NGUYEN 00682-00683). |
| 75. | Department of Agriculture Ministry of Agriculture and Cooperatives Bangkok, Thailand Phytosanitary Certificate re: Reindeer mark, Thai Jasmine Rice (Bates Nos. CAO-NGUYEN 00684). |
| 76. | Certificate of Fumigation, C.P.S. Inspection and Fumigation Co., LTD re: Thai Jasmine Rice with "Reindeer" mark dated 2/21/05 (Bates Nos. CAO-NGUYEN 00685). |
| 77. | BancFirst Collection Item Advice drawn by Cao Nguyen endorsed by Oriental Jasmine Rice Company 2/24/05 (Bates Nos. CAO-NGUYEN 00686). |
| 78. | Payment instructions from Export Import Bank of Thailand to BankFirst dated 2/24/05 drawer: Oriental Jasmine Rice Company Limited, Drawee: Super Cao Nguyen (Bates Nos. CAO-NGUYEN 00688-689). |
| 79. | Bill of Exchange dated 2/24/05 (Bates Nos. CAO-NGUYEN 00690-00691). |
| 80. | Invoice from Oriental Jasmine Rice to Super Cao Nguyen re: Thai Jasmine Rice "Reindeer" dated 12/1/06 (Bates Nos. CAO-NGUYEN 00692). |
| 81. | Bill of Lading ACU Transport Limited from shipper Oriental Jasmine Rice to Super Cao Nguyen re: Thai Jasmine Rice dated 1/20/06 (Bates Nos. CAO-NGUYEN 00693). |
| 82. | Oriental Jasmine Rice Certificate of Thai Origin re: Reindeer Brand mark (Bates Nos. CAO-NGUYEN 00694). |
| 83. | Department of Agriculture Ministry of Agriculture and Cooperatives Bangkok, Thailand Phytosanitary Certificate re: Reindeer mark, Thai Jasmine Rice (Bates Nos. CAO-NGUYEN 00695). |

5198113_2.DOC

| 84. | Certificates of Fumigation, C.P.S. Inspection and Fumigation Co., LTD re: Thai Jasmine Rice with "Reindeer" mark dated 1/20/06 (Bates Nos. CAO-NGUYEN 00696). |
|---|---|
| 85. | Certificates of Fumigation, C.P.S. Inspection and Fumigation Co., LTD re: Thai Jasmine Rice with "Reindeer" mark dated 1/20/06 (Bates Nos. CAO-NGUYEN 00697). |
| 86. | BancFirst Collection Item Advice drawn by Cao Nguyen endorsed by Oriental Jasmine Rice Company 1/31/06 (Bates Nos. CAO-NGUYEN 00698-00699). |
| 87. | Payment instructions from Export Import Bank of Thailand drawer:  Oriental Jasmine Rice Company Limited, Drawee:  Super Cao Nguyen dated 1/25/06 (Bates Nos. CAO-NGUYEN 00700). |
| 88. | Bill of Exchange dated 1/24/06 (Bates Nos. CAO-NGUYEN 00701). |
| 89. | Pay to the order of any bank, banker or trust company for Export-Import Bank of Thailand (Bates Nos. CAO-NGUYEN 00702). |
| 90. | Invoice from Oriental Jasmine Rice to Super Cao Nguyen re:  Thai Jasmine Rice "Reindeer" dated 30/40/03 (Bates Nos. CAO-NGUYEN 00703). |
| 91. | Invoice from Soo Hoo Customs Broker to Tri Van Luong dated 5/20/03 re: Thai Jasmine Rice (Bates Nos. CAO-NGUYEN 00704-705). |
| 92. | Department of Treasury Entry Summary (Bates Nos. CAO-NGUYEN 00706). |
| 93. | BankFirst advice of checking charge to Cao Nguyen dated 1/8/03 re:  Oriental Jasmine Company (Bates Nos. CAO-NGUYEN 00707-709). |
| 94. | Invoice from Oriental Jasmine Rice to Super Cao Nguyen re:  Thai Jasmine Rice "Nang Huong Cho Dao" brand dated 22/01/09 (Bates Nos. CAO-NGUYEN 00710-00711). |
| 95. | Bill of Lading ACU Transport Limited from shipper Oriental Jasmine Rice to Super Cao Nguyen re:  Thai Jasmine Rice dated 2/2/09 (Bates Nos. CAO-NGUYEN 00713). |
| 96. | Department of Agriculture Ministry of Agriculture and Cooperatives Bangkok, Thailand Phytosanitary Certificate re:  Nang Huong Cho Dao mark  (Bates Nos. CAO-NGUYEN 00714-00715). |
| 97. | Certificate of Fumigation, C.P.S. Inspection and Fumigation Co., LTD re:  Thai Jasmine Rice with "Nang Huong Cho Dao" mark dated 2/2/09 (Bates Nos. CAO-NGUYEN 00716). |
| 98. | Oriental Jasmine Rice Company certificate of Thai Origin "Nang Huong Cho Dao" brand (Bates Nos. CAO-NGUYEN 00717). |
| 99. | Invoice from Angela M. Soo Hoo to Tri Van Luong c/o Oriental Foods Corp/Cao Nguyen dated 2/3/09 re: Thai Hom Mali Rice (Bates Nos. CAO-NGUYEN 00718). |
| 100. | Payment instructions from Export Import Bank of Thailand drawer:  Oriental Jasmine Rice Company Limited, Drawee:  Super Cao Nguyen dated 2/5/09 (Bates Nos. CAO-NGUYEN 00719). |

7

| 101. | Wire Transfer Approal for Oriental Jasmine Rice in the amount of $47,893.76 (Bates Nos. CAO-NGUYEN 00720-00722). |
|------|----------------------------------------------------------------------------------------------------------------|
| 102. | Invoice from Angela M. Soo Hoo to Tri Van Luong c/o Oriental Foods Corp/Cao Nguyen dated 2/3/09 re: Thai Hom Mali Rice (Bates Nos. CAO-NGUYEN 00723). |
| 103. | Wire Transfer – Request Approval Confirmation (Bates Nos. CAO-NGUYEN 00724). |
| 104. | Email from customersupport@midfirst.com to tri@caonguyen.com dated 3/27/09 re: wire transfer (Bates Nos. CAO-NGUYEN 00725). |
| 105. | Entry Summary Angela M. Soo Hoo to Oriental Foods Corp/Cao Nguyen dated 2/4/09 (Bates Nos. CAO-NGUYEN 00726). |
| 106. | Invoice from Oriental Jasmine Rice to Super Cao Nguyen re:  Thai Jasmine Rice "Reindeer" and "Victorious Elephant" brands dated 1/11/04 (Bates Nos. CAO-NGUYEN 00727). |
| 107. | Bill of Lading sACU Transport Limited from shipper Oriental Jasmine Rice to Super Cao Nguyen re:  Thai Jasmine Rice dated 11/7/04 (Bates Nos. CAO-NGUYEN 00728-00730). |
| 108. | Oriental Jasmine Rice Company certificate of Thai Origin "Reindeer" brand (Bates Nos. CAO-NGUYEN 00731 |
| 109. | Department of Agriculture Ministry of Agriculture and Cooperatives Bangkok, Thailand Phytosanitary Certificate re:  Reindeer, Victorius Elephan marks (Bates Nos. CAO-NGUYEN 00732-00733). |
| 110. | Certificateof Fumigation, C.P.S. Inspection and Fumigation Co., LTD re:  Thai Jasmine Rice with "Reindeer" and "Victorious Elephant" marks dated 11/9/04 (Bates Nos. CAO-NGUYEN 00734). |
| 111. | Invoice from Angela M. Soo Hoo to Tri Van Luong c/o Oriental Foods Corp/Cao Nguyen dated 11/26/04 (Bates Nos. CAO-NGUYEN 00735-00736). |
| 112. | Invoice from Oriental Jasmine Rice to Super Cao Nguyen re:  Thai Jasmine Rice "Reindeer" and "Victorious Elephant" brands dated 1/11/04 (Bates Nos. CAO-NGUYEN 00737). |
| 113. | Entry Summary Soo Hoo Customs Broker re:  Oriental Foods/Cao Nguyen (Bates Nos. CAO-NGUYEN 00738). |
| 114. | Invoice from Oriental Jasmine Rice to Super Cao Nguyen re:  Thai Jasmine Rice "Nang Huong Cho Dao" brand dated 5/2/09 (Bates Nos. CAO-NGUYEN 00739-00740). |
| 115. | Bill of Lading from shipper Oriental Jasmine Rice  (Bates Nos. CAO-NGUYEN 00741). |
| 116. | Entry/Immediate Delivery to Oriental Foods/Cao Nguyen re: Thai Hasmine Rice (Bates Nos. CAO-NGUYEN 00742). |
| 117. | Email from customersupport@midfirst.com to tri@caonguyen.com dated 4/13/09 re: wire transfer (Bates Nos. CAO-NGUYEN 00743). |
| 118. | Wire Transfer Confirmations (Bates Nos. CAO-NGUYEN 00744-00747). |

| | |
|---|---|
| 119. | Invoice from Angela Soo Hoo to Tri Van Luong Oriental Foods Cao Nguyen Re: Thai Jasmine Rice (Bates Nos. CAO-NGUYEN 00748-00749). |
| 120. | Entry Summary for Angela M. Soo Hoo to Cao Nguyen Entry date 2/23/09 (Bates Nos. CAO-NGUYEN 00750-00751). |
| 121. | Invoice from Oriental Jasmine Rice to Super Cao Nguyen re:  Thai Jasmine Rice "Nang Huong Cho Dao" brand dated 5/2/09 (Bates Nos. CAO-NGUYEN 00752). |
| 122. | Payment instructions from Export Import Bank of Thailand drawer:  Oriental Jasmine Rice Company Limited, Drawee:  Super Cao Nguyen dated 1/18/09 (Bates Nos. CAO-NGUYEN 00753-00754). |
| 123. | Invoice from Oriental Jasmine Rice to Super Cao Nguyen re:  Thai Jasmine Rice "Reindeer" brand dated 10/11/05 (Bates Nos. CAO-NGUYEN 00755). |
| 124. | Fax cover page to Evans Trucking dated 10/1/00 (Bates Nos. CAO-NGUYEN 00756). |
| 125. | Fax from Cao Nguyen to Soo Hoo Customs Broker re: reference #54885 dated 12/4/05 (Bates Nos. CAO-NGUYEN 00757). |
| 126. | Arrival Notice to Soo Hoo Shipping re:  Thai Jasmine Rice "Reindeer" brand (Bates Nos. CAO-NGUYEN 00758). |
| 127. | Pick up Order and Bill of Lading to Soo Hoo Customs Broker dated 12/13/05 re:  reference #54885 (Bates Nos. CAO-NGUYEN 00759). |
| 128. | BankFirst Collection Item Advice Drawn by Cao Nguyen in favor of Oriental Jasmine Rice Company dated 11/25/05 in the amount of $18.426.40 (Bates Nos. CAO-NGUYEN 00760-00761). |
| 129. | Payment instructions from Export Import Bank of Thailand drawer:  Oriental Jasmine Rice Company Limited, Drawee:  Super Cao Nguyen dated 1/22/05 (Bates Nos. CAO-NGUYEN 00762). |
| 130. | Bill of Exchange through BankFirst $18,346.40 dated 11/22/05 re: Thai Jasmine Rice drawn under Super Cao Nguyen (Bates Nos. CAO-NGUYEN 00763-00764). |
| 131. | Bill of Lading ACU Transport Limited from shipper Oriental Jasmine Rice to Super Cao Nguyen re:  Thai Jasmine Rice dated 1/17/05 (Bates Nos. CAO-NGUYEN 00765). |
| 132. | Certificate of Thai Origin, Oriental Jasmine Rice "Reindeer" Brand dated 11/10/05 (Bates Nos. CAO-NGUYEN 00766). |
| 133. | Department of Agriculture Ministry of Agriculture and Cooperatives Bangkok, Thailand Phytosanitary Certificate re:  Reindeer mark, Thai Jasmine Rice dated 11/18/05 (Bates Nos. CAO-NGUYEN 767) |
| 134. | Certificate of Fumigation, C.P.S. Inspection and Fumigation Co., LTD re:  Thai Jasmine Rice with "Reindeer" mark dated 11/18/05 (Bates Nos. CAO-NGUYEN 00768). |
| 135. | Entry/Immediate Delivery to Soo Hoo Customers Broker dated 11/23/05 re: Thai Jasmine Rice (Bates Nos. CAO-NGUYEN 00769-00770). |

| 136. | Letter from Oriental Food Company to Super Cao Nguyen dated 11/18/05 re: shipment to arrive in Dallas on 12/11 (Bates Nos. CAO-NGUYEN 00771).. |
|------|---------------------------------------------------------------------------------------------------------------------------------------------------|
| 137. | Invoice from Soo Hoo Customers Broker to Tri Van Luong c/o Oriental Foods Corp/Cao Nguyen dated 11/28/05 re: Thai Jasmine Rice (Bates Nos. CAO-NGUYEN 00772-00773). |
| 138. | Department of Treasury Entry Summary dated 11/23/05 (Bates Nos. CAO-NGUYEN 774). |
| 139. | Invoice from Oriental Jasmine Rice to Super Cao Nguyen re:  Thai Jasmine Rice "Reindeer" brand dated 10/11/05 (Bates Nos. CAO-NGUYEN 00775-00776). |
| 140. | Invoice from Oriental Jasmine Rice to Cao Nguyen re:  Thai Jasmine Rice "Reindeer" brand dated 24/11/03 (Bates Nos. CAO-NGUYEN 00777). |
| 141. | Bill of Lading ACU Transport Limited from shipper Oriental Jasmine Rice to Cao Nguyen re:  Thai Jasmine Rice "Reindeer" brand dated 11/27/03 (Bates Nos. CAO-NGUYEN 00778). |
| 142. | U.S. Customs Entry/Immediate Delivery Summary to Cao Nguyen re:  Jasmine Rice (Bates Nos. CAO-NGUYEN 00779). |
| 143. | Soo Hoo Shipping Invoice to Oriental Foods Corp dated 12/10/03 in the amount of $6,175.00 (Bates Nos. CAO-NGUYEN 00780). |
| 144. | Invoice from Oriental Jasmine Rice to Super Cao Nguyen re:  Thai Jasmine Rice "Nang Huong Cho Dao" brand dated 3/12/08 (Bates Nos. CAO-NGUYEN 00781-00782). |
| 145. | Bill of Lading ACU Transport Limited from shipper Oriental Jasmine Rice to Super Cao Nguyen re:  Thai Jasmine Rice "Nang Huong Cho Dao" dated 12/9/08 (Bates Nos. CAO-NGUYEN 00783-00785). |
| 146. | Payment instructions from Export Import Bank of Thailand drawer:  Oriental Jasmine Rice Company Limited, Drawee:  Super Cao Nguyen dated 12/16/08 (Bates Nos. CAO-NGUYEN 00786). |
| 147. | Email from customersupport@midfirst.com to tri@caonguyen.com dated 2/6/09 re: wire transfer (Bates Nos. CAO-NGUYEN 00787-00791). |
| 148. | Invoice from Angela Soo Hoo to Tri Van Luong Oriental Foods re: Thai Jasmine Rice dated 12/18/08 (Bates Nos. CAO-NGUYEN 00787-00793). |
| 149. | Invoice from Oriental Jasmine Rice Co. LTD to Super Cao Nguyen dated 3/13/08 re:  Thai Jasmine rice "Nang Huong Cho Dao" Brand (Bates Nos. CAO-NGUYEN 00794). |
| 150. | Department of Treasury Entry Summary (Bates Nos. CAO-NGUYEN 00795-00796). |
| 151. | Invoice from Oriental Jasmine Rice Co. LTD to Super Cao Nguyen dated 9/11/06 re:  Thai Jasmine rice "Reindeer" Brand (Bates Nos. CAO-NGUYEN 00797). |
| 152. | BancFirst Collection Item Advice drawn by Cao Nguyen endorsed by Oriental Jasmine Rice Company 11/28/06 in the amount of $33,103.52 (Bates Nos. |

| | |
|---|---|
| | CAO-NGUYEN 00798-00799). |
| 153. | Kasikornbank Public Company Limited covering letter dated 11/21/06 re: Oriental Jasmine Rice and Super Cao Nguyen (Bates Nos. CAO-NGUYEN 00800-00802). |
| 154. | Bill of Exchange dated 11/21/06 (Bates Nos. CAO-NGUYEN 00803-00804). |
| 155. | Bill of Lading ACU Transport Limited from shipper Oriental Jasmine Rice to Super Cao Nguyen re:  Thai Jasmine Rice "Reindeer" dated 11/11/06 (Bates Nos. CAO-NGUYEN 00805). |
| 156. | Oriental Jasmine Rice Certificate of Thai Origin re:  Reindeer brand dated 11/9/06 (Bates Nos. CAO-NGUYEN 00806). |
| 157. | Certificate of Fumigation, C.P.S. Inspection and Fumigation Co., LTD re:  Thai Jasmine Rice with "Reindeer" mark dated 11/17/06 (Bates Nos. CAO-NGUYEN 00807). |
| 158. | Department of Agriculture Ministry of Agriculture and Cooperatives Bangkok, Thailand Phytosanitary Certificate re:  Reindeer mark, Thai Jasmine Rice (Bates Nos. CAO-NGUYEN 00808). |
| 159. | Invoice from Angela Soo Hoo to Tri Van Luong Oriental Foods Cao Nguyen Re: Thai Jasmine Rice dated 12/1/06(Bates Nos. CAO-NGUYEN 00809-00810). |
| 160. | Department of Treasury Entry Summary dated 11/28/06 (Bates Nos. CAO-NGUYEN 00811). |
| 161. | Oriental Jasmine Rice Certificate of Thai Origin re:  Reindeer brand dated 9/11/06 (Bates Nos. CAO-NGUYEN 00806). |
| 162. | Invoice from Oriental Jasmine Rice to Super Cao Nguyen re:  Thai Jasmine Rice "Reindeer" brand dated 9/11/06 (Bates Nos. CAO-NGUYEN 00812). |
| 163. | Cargo Release from Soo Hoo Shipping dated 12/14/06 (Bates Nos. CAO-NGUYEN 00813). |
| 164. | Pick up Order and Bill of Lading from Angela M. Soo Hoo from Ever Goods Import, LLC dated 12/14/06 (Bates Nos. CAO-NGUYEN 00814). |
| 165. | Entry Summary Angela Soo Hoo Customs Broker re:  Oriental Foods/Cao Nguyen dated 11/24/06 (Bates Nos. CAO-NGUYEN 00815). |
| 166. | Invoice from Oriental Jasmine Rice to Super Cao Nguyen re:  Thai Jasmine Rice "Reindeer" brand dated 24/12/04 (Bates Nos. CAO-NGUYEN 00816). |
| 167. | Invoice from Oriental Jasmine Rice to Super Cao Nguyen re:  Thai Jasmine Rice "Reindeer" brand dated 24/12/04 (Bates Nos. CAO-NGUYEN 00817). |
| 168. | Bills of Lading from Oriental Jasmine Rice Co., LTD, to Super Cao Nguyen dated 12/31/02 and 12/31/04 (Bates Nos. CAO-NGUYEN 00818-00820). |
| 169. | Certificate of Fumigation, C.P.S. Inspection and Fumigation Co., LTD re:  Thai Jasmine Rice with "Reindeer" mark dated 1/5/05 (Bates Nos. CAO-NGUYEN 00821). |
| 170. | Department of Agriculture Ministry of Agriculture and Cooperatives Bangkok, Thailand Phytosanitary Certificate re:  Reindeer mark, Thai Jasmine Rice |

| | |
|---|---|
| | (Bates Nos. CAO-NGUYEN 00822-00823). |
| 171. | Oriental Jasmine Rice Certificate of Thai Origin re:  Reindeer Brand mark (Bates Nos. CAO-NGUYEN 00824). |
| 172. | Invoice from Oriental Jasmine Rice to Super Cao Nguyen re:  Thai Jasmine Rice "Reindeer" brand dated 24/12/046 (Bates Nos. CAO-NGUYEN 00825). |
| 173. | Bill of Lading ACU Transport Limited from shipper Oriental Jasmine Rice to Super Cao Nguyen re:  Thai Jasmine Rice "Reindeer" dated 12/31/04 (Bates Nos. CAO-NGUYEN 00826). |
| 174. | Letter form Oriental Jasmine Rice Co. to Mr Luong dated 7/21/99 re:  artwork of glutinous rice bag and jasmine rice bag (Bates Nos. CAO-NGUYEN 00827-00845). |
| 175. | Advertisements (Bates Nos. CAO-NGUYEN 00846-00848). |
| 176. | Summary of invoice records possessed by Cao Nguyen related to sales of rice (Bates Nos. CAO-NGUYEN 00849-00854). |
| 177. | Cao Nguyen financial records (Bates Nos. CAO-NGUYEN 00855-00883). |
| 178. | U.S. Department of Homeland Security Entry/Immediate Delivery dated 1/12/10 (Bates Nos. CAO-NGUYEN 00884). |
| 179. | Arrival Notice/Invoice (Bates Nos. CAO-NGUYEN 00885). |
| 180. | Invoice from Oriental Jasmine Rice to Super Cao Nguyen (Bates Nos. CAO-NGUYEN 00886). |
| 181. | Bill of Lading (Bates Nos. CAO-NGUYEN 00887). |
| 182. | Fax cover page from Cao Nguyen to Soo Hoo Customs Broker dated 1/12/10 (Bates Nos. CAO-NGUYEN 00888). |
| 183. | Wire Transfer dated 3/5/10 (Bates Nos. CAO-NGUYEN 00889-00891). |
| 184. | Invoice from Soo Hoo Brokers to Cao Nguyen dated 1/19/10 (Bates Nos. CAO-NGUYEN 00892). |
| 185. | Entry Summary dated 1/12/10 (Bates Nos. CAO-NGUYEN 00893). |
| 186. | Invoice from Oriental Jasmine Rice (Bates Nos. CAO-NGUYEN 00894). |
| 187. | Soo Hoo pick up order and bill of lading (Bates Nos. CAO-NGUYEN 00895). |
| 188. | Bills of Exchange (Bates Nos. CAO-NGUYEN 00896-00897). |
| 189. | Invoice from Oriental Jasmine Rice (Bates Nos. CAO-NGUYEN 00898). |
| 190. | Bills of Lading (Bates Nos. CAO-NGUYEN 00899-900). |
| 191. | Arrival Notice/Invoice (Bates Nos. CAO-NGUYEN 00901). |
| 192. | Entry/Immediate Delivery (Bates Nos. CAO-NGUYEN 00902). |
| 193. | Instructions from Export Import Bank of Thailand (Bates Nos. CAO-NGUYEN 00903). |
| 194. | Invoice from Oriental Jasmine Rice (Bates Nos. CAO-NGUYEN 00904). |
| 195. | Bill of Lading (Bates Nos. CAO-NGUYEN 00905). |
| 196. | Invoice from Oriental Jasmine Rice (Bates Nos. CAO-NGUYEN 00906). |
| 197. | Wire Transfer (Bates Nos. CAO-NGUYEN 00907-00909). |
| 198. | Invoice from Soo Hoo Brokers to Cao Nguyen dated 1/28/10 (Bates Nos. CAO-NGUYEN 00910). |

| 199. | Entry Summary dated 1/27/10 (Bates Nos. CAO-NGUYEN 00911). |
|------|------------------------------------------------------------|
| 200. | Invoice from Oriental Jasmine Rice dated 7/1/10 (Bates Nos. CAO-NGUYEN 00912). |
| 201. | Instructions from Export Import Bank of Thailand (Bates Nos. CAO-NGUYEN 00913). |
| 202. | Bill of Exchange Instructions from Export Import Bank of Thailand (Bates Nos. CAO-NGUYEN 00914-00915). |
| 203. | Invoice from Oriental Jasmine Rice (Bates Nos. CAO-NGUYEN 00916). |
| 204. | Bills of Lading (Bates Nos. CAO-NGUYEN 00917-00919). |
| 205. | Arrival Notice/Invoice (Bates Nos. CAO-NGUYEN 00920). |
| 206. | Entry/Immediate Delivery (Bates Nos. CAO-NGUYEN 00921). |
| 207. | Importer Security Filing (Bates Nos. CAO-NGUYEN 00922-00923). |
| 208. | FedEx shipment receipt (Bates Nos. CAO-NGUYEN 00924). |
| 209. | Bill of Lading (Bates Nos. CAO-NGUYEN 00925-00926). |
| 210. | Vudhichai Produce invoice (Bates Nos. CAO-NGUYEN 00927). |
| 211. | Importer Security Filing (Bates Nos. CAO-NGUYEN 00928). |
| 212. | Documents relating to the purchase and sale of rice bearing the "Nang Huong Cho Dao" Brand (Wire Transfers; Bills of Lading and Exchange; Vudhichai Produce Co., LTD. Invoices; U.S. Department of Homeland Security, U.S. Customs and Border Protection Entry/Immediate Delivery forms; Soo Hoo Customers Brokers invoices/arrival notices; Perfect Control Co., LTD, Certificate of Origin; Oriental Jasmine Rice Co., LTD's invoices; Super Cao Nguyen invoices; Export – Import Bank of Thailand instruction letters; Department of Agriculture, Ministry of Agriculture and Cooperatives, Bangkok, Thailand, Phytosanitary Certificate (Bates Nos. CAO-NGUYEN 000929-002105). |
| 213. | Cao Nguyen advertisements (Bates Nos. CAO-NGUYEN 002106-002263). |
| 214. | Photographs of Vietnamese Rice festival and photographs of Cho Dao Market (Bates Nos. CAO-NGUYEN 002264-002361). |
| 215. | Search for Documents and Regulations for Evidence of use for the mark THAI HOM MALI RICE & Design (Bates Nos. CAO-NGUYEN 002362-002379). |
| 216. | VudHichai Produce Co. Ltd. facsimile to Oriental food Corp. re:  sentence of Thai Hom Mali Rice (Bates Nos. CAO-NGUYEN 002380). |
| 217. | Certificate of Registration Thai Hom Mali Rice mark, Reg. No. 2,816,123 (Bates Nos. CAO-NGUYEN 002381-2392). |
| 218. | Certified copy of U.S. Trademark Registration, 2,816,123 (Bates Nos. CAO-NGUYEN 002393-02394). |
| 219. | Certified copy of U.S. Trademark Registration, 2,531,726 (Bates Nos. CAO-NGUYEN 002395-02396). |
| 220. | Photographs of rice bags (Bates Nos. CAO-NGUYEN 002397-02514). |
| 221. | Electronic Sales Records (Bates Nos. CAO-NGUYEN 002515). |
| 222. | Email correspondence from Jittima Srithaporn to Andy Peterson dated March |

13

| | |
|---|---|
| | 25, 2010 re:  Use of Thai Hom Mali Rice (Bates Nos. CAO-NGUYEN 002516). |
| 223. | Photographs of rice bags (Bates Nos. CAO-NGUYEN 002517-02521). |
| 224. | William M. Clark, Ph.D. Expert Report (Bates Nos. C001-C015) |
| 225. | H.S. "Duke" Leahey Expert Report (Bates Nos. L0001-L0006) |
| 226. | Photographs of Cao Nguyen store |
| 227. | Kim Seng Import Record Analysis data |
| 228. | Kim Seng Company Inventory Log Reports (Bates Nos. DEF000001-000099; DEF000101-000167; DEF001383-001447). |
| 229. | 2002 Kim Seng Invoices (Bates Nos.DEF001873-002297). |
| 230. | Kim Seng Federal Tax Returns for years 2004, 2005, 2006, 2007 and 2008 (Bates Nos. DEF000411-000599). |
| 231. | Kim-Seng Company Financial Statements and Accountants' Review Report for years 2001, 2002, 2003, 2004, 2005, 2006, 2007, and 2008 (Bates Nos. DEF000600-00712). |
| 232. | Documents produced by the parties in discovery responses not objected to by Cao Nguyen. |
| 233. | Demonstrative exhibits summarizing other evidence. |
| 234. | All documents and exhibits necessary for rebuttal. |
| 235. | All additional exhibits identified via discovery. |
| 236. | All exhibits listed by Defendant and not objected to by Plaintiff. |
| 237. | H.S. "Duke" Leahey Rebuttal to Dr. Linscombe Expert Report (Bates Nos. L0007-L0013) |
| 238. | Supplemental Expert Report of William M. Clark, Ph.D. May 21, 2010 (Bates Nos. C016-C049) |
| 239. | Affidavit of H.S. Duke Leahey (Bates Nos. L0287-L0289) |
| 240. | Documents relating to the purchase and sale of rice bearing the "Nang Huong Cho Dao" Brand (Wire Transfers; Bills of Lading and Exchange; Vudhichai Produce Co., LTD. Invoices; U.S. Department of Homeland Security, U.S. Customs and Border Protection Entry/Immediate Delivery forms; Soo Hoo Customers Brokers invoices/arrival notices; Perfect Control Co., LTD, Certificate of Origin; Oriental Jasmine Rice Co., LTD's invoices; Super Cao Nguyen invoices; Export – Import Bank of Thailand instruction letters; Department of Agriculture, Ministry of Agriculture and Cooperatives, Bangkok, Thailand, Phytosanitary Certificate (Bates Nos. CAO-NGUYEN 01798-02105) |
| 241. | Photographs of Vietnam Rice Festival (Bates Nos. CAO-NGUYEN 002264-02271; CAO-NGUYEN 002517-02521; CAO-NGUYEN 02278-02279; CAO-NGUYEN 02293; CAO-NGUYEN 02295; CAO-NGUYEN 02297-02298; CAO-NGUYEN 02300-02306; CAO-NGUYEN 02314-02316; CAO-NGUYEN 02321-02377; CAO-NGUYEN 02340-2347; CAO-NGUYEN |

| | |
|---|---|
| | 02349-02351; CAO-NGUYEN 02354-02355). |
| 242. | Advertisements (CAO-NGUYEN 02106-02263) |
| 243. | English Translation of Nang Huong Cho Dao (Bates Nos. CAO-NGUYEN 02541-02546) |
| 244. | Letter to Andy Peterson from Soh Kar Liang/Angeline Raj dated March 29, 2010 re:  Thailand-Search for Documents and Regulations for Evidence of use for the mark 'Thai Hom Mali Rice & Design' (Bates Nos. CAO-NGUYEN 02362-02378) |
| 245. | Fax from Vudhichai Produce Co. to Oriental Food Corp. re:  the Announcement of the Ministry of Commerce to enforce sentence Thai Hom Mali Rice imprinted on the Jasmine Rice's Container (Bates No. CAO-NGUYEN 02380) |
| 246. | U.S. Certificate of Registration, Trademark Registration No. 2,816,123 (Bates Nos. CAO-NGUYEN 02381-02392). |
| 247. | Trademark Registration No. 2,531,726 (Bates Nos. CAO-NGUYEN 02393-02396).` |
| 248. | Analysis of Kim Seng Company Import Record (Bates Nos. CAO-NGUYEN 02526-02529). |
| 249. | Photographs of rice bags (Bates Nos. CAO-NGUYEN 02413-02417; CAO-NGUYEN 02419; CAO-NGUYEN 02426; CAO-NGUYEN 02428-02449; CAO-NGUYEN 02454-02494; CAO-NGUYEN 02496-02514; (Bates Nos. CAO-NGUYEN 02517-02520). |
| 250. | Email with attachment from Kimberly Brown to Ba Luong re: bags dated April 27, 2010 (Bates Nos. CAO-NGUYEN 02538-02540). |
| 251. | Cao Nguyen advertising (Bates Nos. CAO-NGUYEN 02530-02537). |
| 252. | Kim Seng correspondence with Universal (Bates Nos. CAO-NGUYEN 02973-02985). |
| 253. | Email from Jittima Srithaporn to Andy Peterson dated March 25, 2010 re:  use of Thai Hom Mali Rice seal (Bate Nos. CAO-NGUYEN 02516). |
| 254. | Email from Wari Powell to Lauren Hanna dated March 31, 2010 with attachments re:  certification with the title "English translation of Nang Huong Cho Dao" (Bates Nos. CAO-NGUYEN 02522-02525). |
| 255. | Article re:  Retractions in the research literature:  misconduct or mistakes? (Bates Nos. CAO-NGUYEN 02576-02584). |
| 256. | Fax from L.A. Lucky Import & Export, Inc. to Cao Nguyen LLC re:  promise to discontinue "Nang Huong Cho Dao" phrase with any other orders of rice in the future dated December 18, 2009 (Bates No. CAO-NGUYEN 02585). |
| 257. | Email from Vannasart Achiphandhuamphai with Vudhichai Produce Co., Ltd. re:  bad redesign (Bates Nos. CAO-NGUYEN 02588-02590). |

| | |
|---|---|
| 258. | Oklahoma Gazette re:  Little Saigon dated January 16, 2003 (Bates Nos. CAO-NGUYEN 02591-02649). |
| 259. | Maps Commercial (Bates No. CAO-NGUYEN 02575). |
| 260. | News Articles |
| 261. | Saigon Taipei Markets – Homepage (Bates Nos. CAO-NGUYEN 02989-02991). |
| 262. | Email from Vudhichai to Kim Seng dated April 7, 2010 (Bates Nos. DEF002539-002540) |
| 263. | Photograph of Double Parrot Brand rice bag (DEF 001871) |
| 264. | Photograph of Double Parrot Brand rice bag (DEF 00872 (sic) should be produced as DEF 001872) |

**May Use**

| | |
|---|---|
| 265. | All additional documents, communications, and handwritten statements identified through discovery. |
| 266. | All additional documents and communications necessary to defend this matter and/or rebut the allegations of Defendant. |

*s/ Clifford C. Dougherty, III*
Clifford C. Dougherty, III, OBA #11290
Robert W. Dace, OBA #10263
Andrew B. Peterson, OBA #21321
Lauren E. Barghols, OBA #21594
McAFEE & TAFT
Tenth Floor, Two Leadership Square
211 North Robinson Ave.
Oklahoma City, Oklahoma  73102
Telephone:  405-235-9621
Facsimile:  405-235-0439
cliff.dougherty@mcafeetaft.com
bob.dace@mcafeetaft.com
andy.peterson@mcafeetaft.com
lauren.barghols@mcafeetaft.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July, I electronically transmitted the foregoing document to the Court Clerk using the ECF System for filing.  The Court Clerk will transmit a Notice of Electronic Filing to the following ECF Registrants:

> Mack J. Morgan
> Phillip L. Free, Jr.
> Evan G.E. Vincent
> Crowe & Dunlevy
> A Professional Corporation
> 20 North Broadway, Suite 1800
> Oklahoma City, OK 73102-8273
> Email:  mack.morgan@crowedunlevy.com
> Email:  phil.free@crowedunlevy.com
> Email:  evan.vincent@crowedunlevy.com

<em>s/Clifford C. Dougherty, III</em>

5198113_2.DOC